HARRY G. MOORE, *Appellant*, v. CHARLES ZAHN *et al.*, *Appellees.*

No. 16,247.

Appeal from Cloud district court; WILLIAM T. DILLON, judge. Opinion filed January 8, 1910. Affirmed.

*Homer Kennett,* and *Cornelius Gant,* for the appellant; *Bulkley, Gray & More,* of counsel.

*Park B. Pulsifer,* and *Charles L. Hunt,* for the appellees.

*Per Curiam:* The appellant has no foundation upon which to rest his main contentions. The evidence relating to alteration was introduced without objection, and the case was tried on the theory that such evidence supported the answer. If, however, this were not true, the following cases are decisive against him: *Thrashing Machine Co. v. Peterson,* 51 Kan. 713; *Kurth v. Bank,* 77 Kan. 475, 478; *White v. Smith,* 79 Kan. 96, 101.

The evidence is ample to sustain the verdict, and the judgment is affirmed.

---

D. R. MENKE, *Appellee,* v. J. E. SPAULDING, *Appellant.*

No. 16,250.

Appeal from Finney district court; WILLIAM H. THOMPSON, judge. Opinion filed January 8, 1910. Reversed.

*W. R. Hopkins,* and *Richard J. Hopkins,* for the appellant.

*Albert Hoskinson, William Easton Hutchison,* and *C. E. Vance,* for the appellee.

*Per Curiam:* The evidence in this case is essentially all record evidence, which this court may consider as may the trial court. There can be no dispute as to what the evidence shows. The decision of this court in *Knox v. Doty,* ante, p. 138, rendered since the trial in the court below, is determinative of this case. Under the authority of that case the appellant is plainly entitled to a judgment.

The judgment is reversed and judgment is ordered in favor of the appellant.